**Electronically Filed
Supreme Court
SCEC-24-0000794
07-JAN-2025
09:25 AM
Dkt. 54 ODMR**

SCEC-24-0000794

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

KELLY T. KING, ROBERT KING, DANIEL KALEOALOHA KANAHELE,
RACHEL CHRISTOPHER, WENDY CHING, PATRICIA NUCKOLLS,
LISA SEIKAI DARCY, ROBIN KNOX, BRANDI CORPUZ,
ANN L. PITCAITHLEY, BRIDGET A. MOWAT, KRISSTA CALDWELL,
CLARE H. APANA, CALEB S. HARPER, LEONARD NAKOA III,
SUSAN CAMPBELL, PHYLLIS ROBINSON, BONNIE NEWMAN, AMY J. CHANG,
KYLANNAH SPRADLIN, JOCELYN CRUZ, DANIEL GRANTHAM, ALIKA ATAY,
WILLIAM R. GREENLEAF, ASHFORD DELIMA, PAUL DESLAURIERS,
CONNIE JO HAMILTON, GARY GREGG SAVAGE, COLLEEN DELIMA,
KAREN DORRANCE, and MICHAEL ZARATE,
Plaintiffs,

vs.

MOANA M. LUTEY, County Clerk, County of Maui, and TOM COOK,
Defendants.

_____

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

The motion for reconsideration filed by Plaintiffs on January 3, 2025 is denied.

DATED:  Honolulu, Hawaiʻi, January 7, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens